## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **RANON BROCK**, | : |
| | : |
| *Plaintiff*, | : Case No. 2:14-cv-323 |
| | : |
| vs. | : **JUDGE GREGORY FROST** |
| | : |
| **RICHARD HARRISON**, | : **MAGISTRATE JUDGE TERRENCE KEMP** |
| | : |
| *Defendant*. | : |

## ORDER AND ENTRY OF DISMISSAL

This case and all claims herein are hereby dismissed with prejudice.

   /s/   GREGORY L. FROST
**UNITED STATES DISTRICT JUDGE GREGORY FROST**

**APPROVED:**

*/s/ Sky Pettey (per email authority 12/28/15)*
Sky Pettey            (0072041)
**LAVELLE AND ASSOCIATES**
449 East State Street
Athens, OH 45701
Telephone:    (740) 593-3348
Facsimile:    (740) 594-3343
*Email: sky@johnplavelle.com*
*Trial Attorney for Plaintiffs*

*/s/ Matthew S. Teetor*
J. Stephen Teetor       (0023355)
Andrew N. Yosowitz  (0075306)
Matthew S. Teetor      (0087009)
**ISAAC WILES BURKHOLDER & TEETOR, LLC**
Two Miranova Place, Suite 700
Columbus, OH 43215-5098
Telephone:    (614) 221-2121
Facsimile:    (614) 365-9516
*Email: steetor@isaacwiles.com*
        *ayosowitz@isaacwiles.com*
        *mteetor@isaacwiles.com*
*Attorneys for Defendant Richard Harrison*